1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN A. CASTRO, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br><br>     vs.<br><br>CINTAS CORPORATION NO. 3 and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 3:24-cv-00932-AJB-MMP<br><br>**<u>CLASS ACTION</u>**<br><br>**Order Dismissing Plaintiff's Class Claims Without Prejudice and Individual Claims With Prejudice** |

On September 9, 2024, the parties filed a joint motion to dismiss Plaintiff's class claims without prejudice and Plaintiff's individual claims with prejudice. All parties have agreed to the dismissal.

In light of the stipulation, Plaintiff's class claims are dismissed without prejudice and Plaintiff's individual claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Ripley v. Bridgestone Retail Ops., LLC.*, No. C09-1482 RSM, 2010 WL 11684294, at *2 (W.D. Wash. Sept. 2, 2010) (citing Moore's Federal Practice 3d, § 23.64[2][a] (2007)); *see also Richey v. GetWellNetwork, Inc.*, No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 (S.D. Cal. Feb. 8, 2021) ("Because no class has been certified in this case, Rule 23 does not mandate either court approval of the instant settlement or notice to putative class members.") (quoting *Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020)).

Accordingly, the Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: October 3, 2024

Hon. Anthony J. Battaglia
United States District Judge